IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MAHONEY, on behalf of himself and others similarly situated,<br><br>        *Plaintiff,*<br><br>    v.<br><br>WALDAMEER PARK, INC.,<br><br>        *Defendant.* | CIVIL ACTION<br>NO. 20-3960 |

## ORDER

**AND NOW**, this 30th day of March 2021, upon consideration of Defendant's Motion to Dismiss (ECF 10), Mahoney's Response (ECF 13) and Defendants' Reply (ECF 14), it is hereby **ORDERED** that:

1. The Motion is **GRANTED**, and the Amended Complaint is **DISMISSED with prejudice** for the reasons stated in the Court's Memorandum.
2. The **Clerk of Court** shall **CLOSE** this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.