**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN MAHONEY on behalf of himself and all others similarly situated, | ) | |
| | ) | |
| Plaintiffs | ) | CASE NO. 2:20-cv-03960 |
| | ) | |
| v. | ) | ELECTRONICALLY FILED |
| | ) | |
| WALDAMEER PARK, INC., | ) | |
| Defendant | ) | |

**UNOPPOSED MOTION TO WITHDRAW KATHARINE V. HARTMAN, ESQ. AND SUBSTITUTE DANIELLE GOEBEL, ESQ. AS COUNSEL AND LOCAL RULE 83.5.2 ASSOCIATE COUNSEL TO LISA SMITH PRESTA, ESQ., WILLIAM S. SPEROS, ESQ. AND JAMIE R. SCHUMACHER, ESQ.**

Defendant, Waldameer Park, Inc. ("Defendant") by and through its attorneys, Dilworth Paxson LLP and MacDonald, Illig, Jones & Britton LLP, hereby moves to withdraw the appearance of Katharine V. Hartman, Esq., and substitute the appearance of Danielle Goebel, Esq., as counsel to Defendant and Local Rule 83.5.2 associate counsel to Lisa Smith Presta, Esq., William S. Speros, Esq. and Jamie R. Schumacher, Esq., *pro hac vice* counsel to Defendant:

1. Currently, Katharine V. Hartman, Esq., is counsel of record for Defendant in the above-referenced case.

2. Pursuant to this Court's October 27, 2020 Order, which is attached hereto as Exhibit "A," Lisa Smith Presta, Esq., William S. Speros, Esq. and Jamie R. Schumacher, Esq., were admitted as *pro hac vice* counsel to Defendant in the above referenced case, and Ms. Hartman was ordered to act as Local Rule of Court 83.5.2 associate counsel of record in connection with the *pro hac vice* admissions of Lisa Smith Presta, Esq., William S. Speros, Esq. and Jamie R. Schumacher, Esq.

3. Now, Defendant moves to withdraw Ms. Hartman's appearance as counsel to Defendant and associate counsel to Lisa Smith Presta, William S. Speros, and Jamie R. Schumacher.

4. Defendant seeks to substitute the appearance of Danielle Goebel as counsel and associate counsel in place of Ms. Hartman.

5. If the instant motion is granted, Ms. Goebel will be bound by Local Rule 83.5.2 and this Court's October 27, 2020 Order.

6. No delay will be caused by the withdrawal of Ms. Hartman and the substitution of Ms. Goebel.

7. Defendant, Waldameer Park, Inc., Ms. Hartman, Ms. Goebel, Ms. Smith Presta, Mr. Speros, and Ms. Schumacher all consent to the relief requested in this Motion.

8. This Motion is unopposed by Plaintiff John Mahoney.

Respectfully submitted,

Date: April 23, 2021

DILWORTH PAXSON LLP

BY: /s/ Katharine V. Hartman
Katharine V. Hartman, Esquire
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
Phone: (215) 575-7000
FAX: (215) 575-7200
E-mail: khartman@dilworthlaw.com

DILWORTH PAXSON LLP

BY: /s/ Danielle Goebel
Danielle Goebel, Esquire
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
Phone: (215) 575-7000
FAX: (215) 575-7200
E-mail: dgoebel@dilworthlaw.com

MacDONALD, ILLIG, JONES & BRITTON LLP
BY: /*s/ Lisa Smith Presta*
Lisa Smith Presta *(admitted pro hac vice)*
William S. Speros *(admitted pro hac vice)*
Jamie R. Schumacher *(admitted pro hac vice )*
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
Phone: (814) 870-7656
FAX: (814) 454-4647
E-mail: lpresta@mijb.com
E-mail: wsperos@mijb.com
E-mail: jschumacher@mijb.com